IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                                                 )<br>            Plaintiff,                    )<br>                                                 )<br>vs.                                           )<br>                                                 )<br>Eugene Gary Blackwater,      )<br>                                                 )<br>            Defendant.               )<br>_____) | CR CR-06-225-PHX-EHC<br><br>**ORDER** |

      A change of plea hearing was held in this matter on September 21, 2006, at which time the court indicated it would recommend that the district judge accept the defendant's guilty plea to Voluntary Manslaughter, a Class C Felony, in violation of Title 18, United States Code, Sections 1153 and 1112, a lesser included offense of Second Degree Murder as charged in Count 1 of the Indictment. Upon reconsideration, the court will take the matter under advisement to review a legal issue raised by the defendant's plea. Specifically, before the court can recommend acceptance of the plea, it must be satisfied that the facts admitted satisfy the elements of the offense to which the defendant is pleading guilty. Here, the facts must establish that "[w]hile in a sudden quarrel or heat of passion caused by adequate provocation," the defendant intentionally killed the victim or killed the victim recklessly with extreme disregard for human life.

      The defendant admitted facts establishing that while driving under the influence of alcohol he was involved in a heated argument on the telephone with his girlfriend, not the victim of the

1  offense. In the telephone conversation, witnesses say that the defendant said he wanted to kill
2  himself and that he "might run into a vehicle." Shortly after the call, the defendant's vehicle struck
3  the victim's vehicle, causing the victim's death. The government argued that the facts satisfy the
4  sudden quarrel or heat of passion elements of voluntary manslaughter based on a transferred intent
5  theory. However, before recommending acceptance of the plea, the court must assure itself that
6  under this offense, the victim need not be the same person with whom the defendant engaged "in a
7  sudden quarrel or heat of passion caused by adequate provocation." Accordingly, the government
8  and the defendant are directed to submit a memorandum of law in support of their position that the
9  facts of this particular case satisfy the elements of the voluntary manslaughter offense. After
10 considering the information presented by the parties, the court will decide whether to recommend
11 acceptance of the guilty plea.

12 **IT IS THEREFORE ORDERED:**

13 That on or before Monday, October 2, 2006, the defendant and the government shall submit
14 a memorandum of law addressing the issue discussed in this order.

15 DATED this 21st day of September, 2006.

_____
Edward C. Voss
United States Magistrate Judge